IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL RYAN WILLIAMS**                                                              PLAINTIFF

v.                           No. 4:25-cv-148-DPM

**UNITED PARCEL SERVICE, INC.; KENT
HARDY; and DOES, 1-20, Inclusive**                                              DEFENDANTS

ORDER

    The Court asked Williams if there was any reason that Kent Hardy and the Does should not be dismissed. *Doc. 15 at 4*. She has not given one. Williams's claims against Hardy and the Does are therefore dismissed without prejudice. Williams's claims against United Parcel Service remain pending.

    So Ordered.

                                                                */s/ D.P. Marshall Jr.*
                                                               D.P. Marshall Jr.
                                                               United States District Judge

                                                               18 July 2025