**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CRYSTAL RYAN WILLIAMS** **PLAINTIFF**

**v.** **No. 4:25-cv-148-DPM**

**UNITED PARCEL SERVICE, INC.; KENT HARDY; and DOES, 1-20, Inclusive** **DEFENDANTS**

# JUDGMENT

Williams's claims against UPS are dismissed with prejudice. Her claims against Hardy and the Does are dismissed without prejudice. The Court retains jurisdiction until 30 December 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

14 October 2026